Original MHN

08CV2027
JUDGE SHADUR
MAG. JUDGE ASHMAN

M FOR PRO SE LITIGANTS
NORTHERN DISTRICT OF ILLINOIS

U.S. DISTRICT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Dorothy Murphy
(Please print)

STREET ADDRESS: P.O. Box #10817

CITY/STATE/ZIP: Chicago IL 60610

PHONE NUMBER: 773-544-6884

CASE NUMBER: 

**FILED**
JN
APR X 9 2008
4-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dorothy Murphy                    3-8-08
Signature                         Date