10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

*original* NHW

FILED
APR X 9 2008
JN 4-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Dorothy Murphy
_____
Plaintiff

v.

Fairmont Care Center
_____
Defendant(s)
5061 Nipuloski

08CV2027
JUDGE SHADUR
MAG. JUDGE ASHMAN

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Dorothy Murphy, declare that I am the ☐plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes  ☒No  (If "No," go to Question 2)
   I.D. #_____  Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount:_____

2. Are you currently employed?    ☒Yes   ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: _____
      Monthly salary or wages: _____
      Name and address of last employer: _____

   b. Are you married?   ☐Yes  ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer:  Separated

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                       ☐Yes   ☐No
      Amount $5,400 monthly  Received by Fairmont Care Center
      $9.40 hr                employment
      $5400 monthly

Originals

b. ☐ Business, ☐ profession or ☐ other self-employment  ☐ Yes  ☒ No
Amount _____ Received by _____

c. ☒ Rent payments, ☐ interest or ☐ dividends  ☒ Yes  ☐ No
Amount ___0___ Received by ___0___

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
  ☐ Yes  ☐ No
Amount ___N/A___ Received by ___N/A___

e. ☐ Gifts or ☐ inheritances  ☐ Yes  ☐ No
Amount ___N/A___ Received by ___N/A___

f. ☐ Any other sources (state source: ___N/A___ )  ☐ Yes  ☐ No
Amount _____ Received by ___N/A___

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?  ☐ Yes  ☒ No  Total amount: ___N/A___
In whose name held: ___N/A___  Relationship to you: ___N/A___

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?  ☐ Yes  ☒ No
Property: ___N/A___  Current Value: ___N/A___
In whose name held: ___N/A___  Relationship to you: ___N/A___

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐ Yes  ☒ No
Address of property: ___N/A___
Type of property: ___N/A___  Current value: ___N/A___
In whose name held: ___N/A___  Relationship to you: ___N/A___
Amount of monthly mortgage or loan payments: ___N/A___
Name of person making payments: ___N/A___

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
  ☒ Yes  ☐ No
Property: _2001 Chevy Venture Van - Blue in color_
Current value: _$1,400_
In whose name held: _Dorothy Murphy_  Relationship to you: _Myself_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
_L.J. Abston, Lourlls Abston (15) Darnell Abston (16)_

-2-