MHN

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Dorothy Murphy

V.

Defendant(s) Fairmont Care Center

08CV2027
JUDGE SHADUR
MAG. JUDGE ASHMAN

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Dorothy Murphy, declare that I am the (check appropriate box) [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

FILED
JN
APR X 9 2008
4-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Dorothy Murphy
Movant's Signature

3-8-08
Date

P.O. Box 10817
Street Address

Chicago IL 60610
City, State, ZIP

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____  Case Number: _____

Case Title: _Dorothy Murphy -v- Fairmont Care Center_

Appointed Attorney's Name: _5061 N. Pulaski, Chicago, IL 60630_

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _Dorothy Murphy -v- Fairmont Care Center_

Appointed Attorney's Name: _5061 N. Pulaski, Chicago, IL 60630_

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _Dorothy Murphy -v- Fairmont Care Center_

Appointed Attorney's Name: _5061 N. Pulaski, Chicago, IL 60630_

If this case is still pending, please check box ☐

---

Assigned Judge: _____  Case Number: _____

Case Title: _Dorothy Murphy -v- Fairmont Care Center_

Appointed Attorney's Name: _5061 N. Pulaski, Chicago, IL 60630_

If this case is still pending, please check box ☐

(Stamp: 2008 APR -8  CLERK U.S. DISTRICT COURT)