**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Dorothy Murphy
                          Plaintiff,

v.                                                Case No.: 1:08−cv−02027
                                                      Honorable Milton I. Shadur

Fairmont Care Center
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 14, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Enter Memorandum Order. Because Murphy's submission is inadequate in a number of respects, this Court requires some further input to determine the appropriate handling of the case. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.