UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Dorothy Murphy

v.

Defendant(s) Fairmont Care mont
5061 N. Pulaski
Chicago

Case Number: 08CV2027

FILED
APR 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge Shadur
Mag Judge Ashman

MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Dorothy Murphy, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item must be completed]:
   try to obtain get Cousel with Legal assistance I Successfully also Bar Assossaited Legal Attorney that do Emploument Yellow page 115. Lasalle ushe did

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   want get involved

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Dorothy Murphy
Movant's Signature

4-29-08
Date

P.O. Box 10817
Street Address

Chicago IL 60660
City, State, ZIP