**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DOROTHY MURPHY,** | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 08 C 02027 |
| v. | ) | Judge Milton I. Shadur |
| | ) | Magistrate Judge Martin C. Ashman |
| **FAIRMONT CARE CENTRE,** | ) | |
| | ) | TRIAL BY JURY DEMANDED |
| Defendant. | ) | |

## NOTICE OF FILING

To:   James Matthew Pfeiffer, Esq.
      Fuchs & Roselli, Ltd.
      440 W. Randolph St., Suite 500
      Chicago, IL 60606

PLEASE TAKE NOTICE THAT, on the 16th day of June 2008, there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's Appearance, a copy of which is attached hereto and herewith served upon you.

**FAIRMONT CARE CENTRE, DEFENDANT.**

By: /s/ KENNETH A. HENRY, ESQ., its attorney

KENNETH A. HENRY, ESQ. (ARDC # 1193457)
Attorney for Defendant
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
312.857.0100/312.857.1157 (fax)
khenry@kahlaw.com

**CERTIFICATE OF SERVICE**

     KENNETH A. HENRY, an attorney, on oath states that, on June 16, 2008, he caused a copy of the foregoing NOTICE OF FILING and CERTIFICATE OF SERVICE, and DEFENDANT'S APPEARANCE, to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which causes a copy to be electronically mailed to the following CM/ECF Participants:

                **James Matthew Pfeiffer, Esq.**
                **Fuchs & Roselli, Ltd.**
             **440 W. Randolph St., Suite 500**
                  **Chicago, IL 60606**

before the hour of 5:00 p.m. in Chicago, Illinois

                                        /s/ KENNETH A. HENRY, ESQ.

KENNETH A. HENRY, ESQ. (ARDC # 1193457)
Attorney for Defendant
One North LaSalle Street, Suite 2200
Chicago, Illinois 60602-3912
312.857.0100/312.857.1157 (fax)
khenry@kahlaw.com