**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DOROTHY MURPHY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 08  CV  2027** |
| | ) | |
| **v.** | ) | **Honorable Milton I. Shadur** |
| | ) | |
| **FAIRMONT CARE CENTER,** | ) | **Magistrate Judge Martin C. Ashman** |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

To:    SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on July 10, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Milton I. Shadur, or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 2303 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there move the Court to grant the ***Motion for Relief from Appointment as Counsel,*** a copy of which is attached hereto and herewith served upon you, at which time and place you may appear as you see fit.

_____/s/ J. Matthew Pfeiffer_____
APPOINTED COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned attorney on oath certifies that on June 23, 2008, he served the foregoing Notice and the document(s) referenced therein via the methods of delivery noted on the attached Service List, in accordance with the Federal Rules of Civil Procedure.

_____/s/ J. Matthew Pfeiffer_____
APPOINTED COUNSEL FOR PLAINTIFF

J. Matthew Pfeiffer, Esq.
FUCHS & ROSELLI, LTD.
440 West Randolph Street
Suite 500
Chicago, Illinois  60606
(312) 651-2400
Illinois Atty. No. 6272868

# SERVICE LIST

**MURPHY V. FAIRMONT CARE CENTER
CASE NO. 08 CV 2027**

### *Via CM/ECF Electronic Notice of Filing and U.S. Mail*
Kenneth A. Henry, Esq.
One North LaSalle Street
Suite 2200
Chicago, Illinois  60602

### *Via Certified Mail, Return Receipt Requested, Restricted Delivery and U.S. Mail*
Ms. Dorothy Murphy
5310 West North Avenue
Chicago, Illinois  60639

### *Via U.S. Mail*
Ms. Dorothy Murphy
P.O. Box 10817
Chicago, Illinois  60610