

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**



FILED
JUL 11 2008
JUL 11 2008 EA
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION**
**AND**
**FINANCIAL AFFIDAVIT**

Dorothy Murphy
Plaintiff

v.

Fairmont Care Center
5061 N. Pulaski
Chicago, IL 60630
Defendant(s)

CASE NUMBER 08 CV 2027

JUDGE Honorable Milton I. Shadur
Magistrate Judge Martin C. Ashman

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Dorothy Murphy, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☐Yes ☒No (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☒No Monthly amount: N/A

2. Are you currently employed? ☒Yes ☐No
   Monthly salary or wages: _____
   Name and address of employer: Fairmont Care Center 5061 N. Pulaski

   a. If the answer is "No":
      Date of last employment: N/A
      Monthly salary or wages: $540.00 before taxes
      Name and address of last employer: _____

   b. Are you married? ☒Yes ☐No — Separated living separately
      Spouse's monthly salary or wages: N/A
      Name and address of employer: N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages ☐Yes ☒No
      Amount N/A Received by N/A

b. ☐ Business, ☐ profession or ☐ other self-employment   ☐ Yes  ☒ No
Amount _____N/A_____ Received by _____N/A_____

c. ☐ Rent payments, ☐ interest or ☐ dividends   ☐ Yes  ☒ No
Amount _____N/A_____ Received by _____N/A_____

d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support   ☐ Yes  ☒ No
Amount _____N/A_____ Received by _____N/A_____

e. ☐ Gifts or ☐ inheritances   ☐ Yes  ☒ No
Amount _____N/A_____ Received by _____N/A_____

f. ☐ Any other sources (state source: _____N/A_____)   ☐ Yes  ☒ No
Amount _____N/A_____ Received by _____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?  ☐ Yes  ☒ No  Total amount: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____N/A_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?  ☐ Yes  ☒ No
Property: _____N/A_____ Current Value: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐ Yes  ☒ No
Address of property: _____N/A_____
Type of property: _____N/A_____ Current value: _____N/A_____
In whose name held: _____N/A_____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____N/A_____
Name of person making payments: _____N/A_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?  ☒ Yes  ☐ No
Property: _2001 Chevy Venture Van_
Current value: _$1400.00_
In whose name held: _Dorothy Murphy_ Relationship to you: _Myself_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents

R. T. Abston (18), Louella Abston (15), Darnell Abston (6) they just bare their last name but I being Taking care of them and keeping a roof over their head I am their legal guardian mother

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 7-11-08

*Dorothy Murphy*
(Signature of Applicant)

*Dorothy Murphy*
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of

$ _____ on account to his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit: _____. I further

certify that during the past six months the applicant's average monthly deposit was $ _____.

(Add all deposits from all sources and then divide by number of months).


_____                    _____
DATE                                  SIGNATURE OF AUTHORIZED OFFICER

                                      _____
                                      (Print name)


rev. 10/10/2007