JUL 11 2008 EA

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED
JUL 11, 2008
JUL 11 2008 EA
JUL 11 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Plaintiff(s) Dorothy Murphy )
 )
 ) Case Number: 08CV2027
 V. Fairmont Care Center )
Defendant(s) ) Judge: Honorable Milton I. Shadur_Magistrate
 ) Judge Martin C. Ashman

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Dorothy Murphy, declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item *must* be completed]: I made several attempts to seek counsel Legal assistance foundation, Volunteer Legal services, etc.

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Dorothy Murphy                                P.O. Box #10817
Movant's Signature                            Street Address

7-11-08                                       Chicago, IL 60610
Date                                          City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____  Case Number: 08CV2027

Case Title: Dorothy Murphy -v- Fairmont Care Cent

Appointed Attorney's Name: /s/ J. Matthew Peiffer filed Motion to withdraw as counsel on July 10, 2008

If this case is still pending, please check box  [X]

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  [ ]

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  [ ]

---

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  [ ]