UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Dorothy Murphy
                Plaintiff,

v.                                 Case No.: 1:08−cv−02027
                                      Honorable Milton I. Shadur

Fairmont Care Center
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Motion for leave to proceed in forma pauperis[20] denied; Motion to appoint counsel [21] is denied. Enter Memorandum Order.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.