UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Dorothy Murphy

v.   Case Number: 08CV2027

Defendant(s) Fairmont Care Center   Judge: Honorable Milton I. Shadur

FILED
JUL 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Dorothy Murphy, declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item must be completed]: I previous attempted to get counsel cause legally I don't understand the court system or shall I say legal system, I'm not trying to accuse him of anything I ask him was he related to William Pfeiffer, or Bill Pfeiffer which is my administrator at Fairmont Care Center

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed In Forma Pauperis in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Dorothy Murphy
Movant's Signature

7-17-08
Date

P.O. Box 10817
Street Address

Chicago, IL 60610
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box ☐ | |

Which may have some previously contact with the previously dismissed lawsuit that's against pinnacle health care of Berwyn under the 06C521 and I'm still emotionally, mentally, physically, stress out

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box ☐ | |

from that issue which out of concern I was mistreated and done wrong on that lawsuit cause I was trying to go for de post appeal accellerate

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box ☐ | |

but I didn't know how to proceed I'm still abuse very badly and hurt from them taking my days and hour and depriving me of full time employment trying to put all

| | |
|---|---|
| Assigned Judge: | Case Number: |
| Case Title: | |
| Appointed Attorney's Name: | |
| If this case is still pending, please check box ☐ | |

full rights on me and no issue on my work file like insubordination and failure to follow direction and taking my days and hour and why is I'm the only employee getting treated like this my record still not expunge from the previously dismissed case

The employer used us staying my personal information to obtain credit and goods to keep their facility open cause they was financially 17,000 in the whole they need to get this man in court who is the corporate owner of about 15 facility his name is Barry Evans his address is 1641 W. wicker park chicago IL 606

he was the coporate person at 1020 W. deerfeild IL pinnacle of Berwyn in the first lawsuit their was a confidential settlement that the Judge had my ~~viewpoint~~ of counsel type up which was frontpay, Backpay, vacation, sickpay, futurepay, Holiday, etc., and it was suppose to be produce to the otherside from my appointed counsel Anthony Mascinpinto to Kenneth A. Henry which pinnacle of healthcare of Berwyn attorney who ask for my social security number and address which is 5310 W. North avenue #2 Fl chicago, IL 60639 so the man Barry Evans could issue me some form of W-2 for this settlement cause I didn't received no form of W-2 and they didn't Report this income $10,000 settlement and the Judge stated $825.00 would be taken out it was for taxes but they didn't send no form or document saying this money was what or what type or settlement and it was ok what they just issue a Cashier check for $9,175 and stated there will be state and federal taking out and left me holding the bag so I.R.S. is holding my taxes on review cause of this