IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Dorothy Murphy**
PLAINTIFF

VS.

**Fairmont Care Center**
DEFENDANT

CASE NO. **08CV2027**

**FILED**
JUL 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: Honorable Milton Shadur
219 S. Dearborn Rm 2303
United States District Court

On **July 18 2008**, at **9:15** a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable **Milton Shadur** in Courtroom _____ at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present **my notice of Motion and to address my situation as to this appointed of counsel denial and I not trying to accuse nobody of nothing there's something my wrong at this employer and I impecitically trying Legal counsel or help cause Legally I don't understand Legally what these people is try to do to me they have discriminate me and deprive me of my right of full time employed a Race, age, etc. these people got me stress and miss-treating**

Name: **Dorothy Murphy**
Address: **P.O. Box #0815**
City / Zip: **Chicago, IL 60610**
Telephone: **1-773-544-0884**

### PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the **17** day of **July**, **2008**, I served a copy of this notice to each person whom it is directed by way of _____

**Dorothy Murphy**
SIGNATURE/CERTIFICATION

**7-17-2008**
DATE

hiring people of another... full time after me into pull... protection in my... Guilltime that carry... people cry...