UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Dorothy Murphy
                    Plaintiff,

v.                                     Case No.: 1:08−cv−02027
                                            Honorable Milton I. Shadur

Fairmont Care Center
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 18, 2008:

    MINUTE entry before the Honorable Milton I. Shadur:Motion to appoint counsel [24] is denied; Motion for leave to proceed in forma pauperis[25] denied; Motion hearing held on 7/18/2008 regarding motion for leave to proceed in forma pauperis[25], motion to appoint counsel[24] Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.