**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Dorothy Murphy
                          Plaintiff,

v.                                          Case No.: 1:08−cv−02027
                                                 Honorable Milton I. Shadur

Fairmont Care Center
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Motion to appoint counsel [28] is denied; Motion for leave to proceed in forma pauperis[29] denied; Status hearing held on 7/23/2008. Defendant's responsive pleading is due on or before August 13, 2008. Status hearing set for 9/23/2008 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.