Dorothy Murphy

v.

Fairmont Health Care

Case #: 08CV02027

Judge: Honorable Judge Shadur

FILED
JUL 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Motion to Reconsider

I cannot proceed with the case on my own because I don't understand what is going on. If you were to explain something to me about my case, I probably wouldn't know what you're talking about, which would make it easier if I had an appointed counsel. Also I cannot afford a private attorney due to ~~pat~~ me only working two days each week. If I could work more days I would, but my current place of employment won't give me full-time! I know this isn't your problem, but I would really appreciate it if you would reconsider your previous judgement.