11

Murphy

v

Fairmont Health Care

08c2027

FILED
JUL 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice of Motion

On Monday July 28 I will appear at 9:15 A.m.

X Dorothy Murphy

Plaintiff- Dorothy Murphy
P.O. Box #10817
Chicago, IL 60610

Defendant: Fairmont Care Center

Judge: Milton
Fishadur
08C2027

FILED
JUL 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Notice Motion

Case name: Dorothy Murphy -v- Fairmont Care Center in the matter of Dorothy Murphy -v- Fairmont I simply trying to explain the merits of this noble employment discrimination issue and unfair labor practice I was not again accusing this Attorney office I just know that I'm not able to go forward prose and I know that within my right and the statue I should be awarded a new appoint of counsel if I file former pauperis that let's you know I can't afford and attorney I just simply not in no condition to handle this case as a prose client I just simply don't understand legal how can you grant someone appoint of counsel then take back I'm under several pressure and discrimitive action with this employer I'm trying to move forward but this employer is demoting me and stead of promoting me I'm all emotional and I'm a very dedicated and caring worker and I do follow instruction I just have a learning disability and comprehensive