## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Dorothy Murphy

                Plaintiff,

v.                                       Case No.: 1:08−cv−02027
                                          Honorable Milton I. Shadur

Fairmont Care Center

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 28, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Motion for reconsideration [31] is denied. Plaintiff failed to appear and put defense counsel to the trouble and expense of appearing. Motion hearing held on 7/28/2008 regarding motion for reconsideration[31] Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.