HHN

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

FILED
7-31-2008
JUL 3 1 2008
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

Dorothy Murphy
Plaintiff

v.

Fairmont Care Center
Defendant(s)

CASE NUMBER 08CV2027
JUDGE Milton I. Shadur

08cv2027

Wherever □ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, Dorothy Murphy, declare that I am the ☒plaintiff □petitioner □movant (other____) in the above-entitled case. This affidavit constitutes my application □ to proceed without full prepayment of fees, or □ in support of my motion for appointment of counsel, or □ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? □Yes ☒No (If "No," go to Question 2)
   I.D. # N/A   Name of prison or jail: N/A
   Do you receive any payment from the institution? □Yes □No   Monthly amount: ____

2. Are you currently employed? ☒Yes □No
   Monthly salary or wages: $540.00
   Name and address of employer: 5061 N. Pulaski

   a. If the answer is "No":
      Date of last employment: N/A
      Monthly salary or wages: N/A
      Name and address of last employer: N/A

   b. Are you married? □Yes ☒No
      Spouse's monthly salary or wages: ____
      Name and address of employer: Separated

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages    □Yes ☒No
      Amount N/A   Received by N/A

b.  ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes  ☒No
Amount ___N/A___ Received by ___N/A___

c.  ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes  ☒No
Amount ___N/A___ Received by ___N/A___

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐Yes  ☒No
Amount ___N/A___ Received by ___N/A___

e.  ☐ Gifts or ☐ inheritances    ☐Yes  ☒No
Amount ___N/A___ Received by ___N/A___

f.  ☐ Any other sources (state source: _____ )    ☐Yes  ☒No
Amount ___N/A___ Received by ___N/A___

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?  ☐Yes  ☒No   Total amount: ___N/A___
In whose name held: ___N/A___  Relationship to you: ___N/A___

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?  ☐Yes  ☒No
Property: ___N/A___ Current Value: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐Yes  ☒No
Address of property: ___N/A___
Type of property: ___N/A___ Current value: ___N/A___
In whose name held: ___N/A___ Relationship to you: ___N/A___
Amount of monthly mortgage or loan payments: ___N/A___
Name of person making payments: ___N/A___

7. Do you or anyone else living at the same residence own any (automobiles), boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐Yes  ☐No
Property: Chevy 2001 Venture Van
Current value: 5,400.00
In whose name held: Dorothy Murphy  Relationship to you: myself

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
R.J. Abston (18) Lourena Abston (15) Darnell Abston

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 7-31-08

_Dorothy Murphy_
(Signature of Applicant)

_Dorothy Murphy_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $ _____ on account to his/her credit at (name of institution) _____.

I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____.

(Add all deposits from all sources and then divide by number of months).

_____           _____
DATE                            SIGNATURE OF AUTHORIZED OFFICER

                                _____
                                (Print name)

rev. 10/10/2007