MHN

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s) **Dorothy Murphy**

FILED
7-31-2008
JUL 3 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: **08 C 2027**

v.

Defendant(s) **Fairmont Care Center** )

Judge: **Milton I. Shadur**

)
)

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, **Dorothy Murphy**, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item must be completed]: **I have made plenty attempts to seek counsel but I havent been successful cause legally I don't understand the legal terms of this case and legally I can't proceed on my own. I have not accuse Mr. Matthew Pfleger that's a lie my daughter and anybody knows I'm not that type of person I just confuse and emotional/angry about simply**

3. In further support of my motion, I declare that (check appropriate box):

   [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   [X] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

*(margin note: Feb-mar mistreating me and discriminating me so I apologize for any mis- understanding)*

**Dorothy Murphy**
Movant's Signature

**P.O. Box #10817**
Street Address

**7-31-08**
Date

**Chicago IL 60610**
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____   Case Number: _____

Case Title: _Dorothy Murphy -v- Fairmont_

Appointed Attorney's Name: _____

If this case is still pending, please check box  [X]

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  [ ]

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  [ ]

Assigned Judge: _____   Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box  [ ]