**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Dorothy Murphy
                            Plaintiff,

v.                                              Case No.: 1:08−cv−02027
                                                    Honorable Milton I. Shadur

Fairmont Care Center
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order.Motion to appoint counsel [35] is denied; Motion for leave to proceed in forma pauperis[34] denied. This Court orders that Murphy desist from any further filings in that respect and notifies Murphy that any violation of that last−stated order will trigger the dismissal of this action with prejudice.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.