MHN

FILED
8-5-2008
AUG 05 2008 PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

**UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Plaintiff(s) Dorothy Murphy )
 )
 ) Case Number: 08CV2027
V. )
 )
Defendant(s) Fairmont Care Center ) Judge: Milton I. Shadur
Atty Kenneth A. Henry )

**MOTION FOR APPOINTMENT OF COUNSEL** Emergency motion
Chief Judge

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Dorothy Murphy ,declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]: I have made several attempts to seek counsel unfortunately I have been unsuccessful in support of my effort to seek counsel I also have no money financially to afford an private atty so, I appreciate the atty that was given me I simply don't

3. In further support of my motion, I declare that (check appropriate box): know how to proceed legally on my on so please
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court If you
   in this or any other civil or criminal proceeding before this Court. May
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court reconsider
   in the proceeding(s) described on the back of this page. I went to
   legal assist

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding Legal
   detailing my financial status. Volunteer
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and services
   it is a true and correct representation of my financial status. etc.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
   However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Dorothy Murphy                              P.O. Box #10817
Movant's Signature                          Street Address

8-5-08                                      Chicago, IL 60610
Date                                        City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: *Milton F. Shadur*  Case Number: *08CV2027*

Case Title: *Dorothy Murphy -V- Fairmont Care Center*

Appointed Attorney's Name: _____

If this case is still pending, please check box ☒

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____  Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐