**FILED**
8-5-2008
AUG 0 5 2008 PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHW

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Dorothy Murphy
**PLAINTIFF**

CASE NO. 08C2027

VS.

Fairmont Care Center
Atty: Kenneth A. Henry
**DEFENDANT**

## NOTICE OF MOTION

Emergency Motion

TO: Judge ~~Castillo~~

On Aug ~~_____~~ 11, 2008, at 9:00 a.m. / p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Holderman in Courtroom _____ at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present a motion for relief to reconsider appointment of counsel and forma pauperis I have made my best effort to seek counsel unforunately I haven't been successful so legally I don't know how to proceed forward to this court I'm simply very emotionally stress cause of the descriminitively action with this employer and have been demoted and constantly harrass my

Name: Dorothy Murphy
Address: P.O. Box #10817
City/Zip: Chicago, IL 60660
Telephone: _____

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 5 day of ~~_____~~ Aug, 2008 I served a copy of this notice to each person whom it is directed by way of _____

Dorothy Murphy
SIGNATURE / CERTIFICATION

8-5-08
Aug DATE

have been deprived of any rights and