**F I L E D**
Aug 5, 2008
AUG 0 5 2008 PH

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION**
**AND**
**FINANCIAL AFFIDAVIT**

_Dorothy Murphy_
Plaintiff

v.

_Fairmont Care Center_
Defendant(s)
_Attn: Kenneth Altenry_

CASE NUMBER _08C 2027_
JUDGE _Milton I. Shadur_

_Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:_

I, _Dorothy Murphy_, declare that I am the ☒plaintiff ☐petitioner ☒movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?          ☐Yes      ☒No   (If "No," go to Question 2)
   I.D. #_____N/A_____ Name of prison or jail:_____N/A_____
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount:_____

2. Are you currently employed?          ☒Yes      ☐No
   Monthly salary or wages:_$540 monthly_
   Name and address of employer: _Fairmont Care Center_
   _5061 N. Pulaski Rd. Chicago, IL 66660_
   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____N/A_____
      Name and address of last employer:_____N/A_____

   b. Are you married?      ☒Yes      ☐No   _Separated since_
      Spouse's monthly salary or wages:_____N/A_____  _'03_
      Name and address of employer:_____N/A_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages   _N/A_                                    ☐Yes   ☒No
      Amount_____N/A_____ Received by _____N/A_____

b.  ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes          ☑No
Amount _____ N/A _____ Received by _____ N/A _____

c.  ☐ Rent payments, ☐ interest or ☐ dividends          ☐Yes          ☑No
Amount _____ N/A _____ Received by _____ N/A _____

d.  ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
    compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                          ☐Yes          ☑No
Amount _____ N/A _____ Received by _____ N/A _____

e.  ☐ Gifts or ☐ inheritances          ☐Yes          ☑No
Amount _____ N/A _____ Received by _____ N/A _____

f.  ☐Any other sources (state source:_____ )    ☐Yes          ☑No
Amount _____ N/A _____ Received by _____ N/A _____

4.  Do you or anyone else living at the same residence have more than $200 in cash or checking or
    savings accounts?          ☐Yes    ☑No          Total amount: _____ N/A _____
    In whose name held:_____ N/A _____ Relationship to you:_____

5.  Do you or anyone else living at the same residence own any stocks, bonds, securities or other
    financial instruments?                              ☐Yes          ☑No
    Property:_____ N/A _____ Current Value:_____
    In whose name held:_____ N/A _____ Relationship to you:_____ N/A _____

6.  Do you or anyone else living at the same residence own any real estate (houses, apartments,
    condominiums, cooperatives, two-flats, three-flats, etc.)?          ☐Yes          ☑No
    Address of property:_____
    Type of property:_____ N/A _____ Current value:_____ N/A ___
    In whose name held:_____ N/A _____ Relationship to you:_____ N/A _____
    Amount of monthly mortgage or loan payments:_____
    Name of person making payments:_____

7.  Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile
    homes or other items of personal property with a current market value of more than $1000?
                                                          ☑Yes          ☐No
    Property: 2001 Chevy Venture Van
    Current value: 5,400.00
    In whose name held: Dorothy Murphy Relationship to you: myself

8.  List the persons who are dependent on you for support, state your relationship to each person and
    indicate how much you contribute monthly to their support. If none, check here ☐No dependents
    R.J. Alston (18) Lonella Alston (18) Darnell Alston (16)
    _____

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 8-5-08

_Dorothy Murphy_
Signature of Applicant

_Dorothy Murphy_
(Print Name)

---------------------------------------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:**  A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
#### (Incarcerated applicants only)
#### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of

$_____ on account to his/her credit at (name of institution)_____.

I further certify that the applicant has the following securities to his/her credit:_____. I further

certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

_____            _____
         DATE                              SIGNATURE OF AUTHORIZED OFFICER

                                         _____
                                                      (Print name)

rev. 10/10/2007