# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | Ruben Castillo |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2027 | **DATE** | 8/6/2008 |
| **CASE TITLE** | Dorothy Murphy vs. Fairmont Care Center | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 8/6/2008. Plaintiff's emergency motion for appointment of counsel is denied without prejudice to its renewal before Judge Shadur.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|