```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

DOROTHY MURPHY,                    )
                                   )
                  Plaintiff,       )
                                   )
      v.                           )    No. 08 C 2027
                                   )
FAIRMONT CARE CENTER,              )
                                   )
                  Defendant.       )
```

### MEMORANDUM

This Court has patiently (and repeatedly) sought to explain to pro se plaintiff Dorothy Murphy ("Murphy") its denial of her efforts to obtain new pro bono counsel to replace the originally appointed counsel--most recently in its August 4, 2008 memorandum order. Nonetheless Murphy persists in those efforts in the face of this Court's express orders and those explanations, most recently by having improperly presented a renewal of her motion to this District Court's emergency judge and--even more disturbingly--by continuing to abuse this Court's staff.

This Court has no desire to have Murphy's (or any other litigant's) lawsuit resolved other than on the merits. But this memorandum is issued to warn Murphy that if she persists further in her scofflaw activity, her action will be dismissed with prejudice as a sanction for having done so.

```
                          _____
                          Milton I. Shadur
                          Senior United States District Judge
```

Date: August 7, 2008