*BR*

**FILED**

AUG 1 2 2008

Aug 12, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Plaintiff(s)**

Dorothy Murphy

**v.**

**Case No.** 08-CV-2027

Shadur

**Defendant(s)**

Kenneth A. Henry

Motion

Motion for a new judge because
the previous judge denied appointed
Counsel and forma pauperis. I've
presented my financial status, yet
I was still denied.

Dorothy Murphy