# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Dorothy Murphy**
PLAINTIFF

VS.

**Kenneth A. Henry**
DEFENDANT

CASE NO. 08-CV-2027

Shadur

**FILED**
AUG 12 2008
Aug 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: Kenneth A. Henry
1 N. LaSalle
Chicago, IL 60602

On August 14, 2008, at 9:00 a.m./p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Holderman in Courtroom 2548 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present my motion for a new judge because I've tried to address Honorable Judge Shadur the best that I can that my previous employer has the same defense attorney. In the case, they didn't send I.R.S. tax documentation for settlement or take any taxes out. Because of this my refund is held up with I.R.S. until this is straightened out.

Name: Dorothy Murphy
Address: P.O. box # 10817
City/Zip: Chicago, IL 60610
Telephone: _____

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 12 day of August, I served a copy of this notice to each person whom it is directed by way of Mail.

Dorothy Murphy
SIGNATURE / CERTIFICATION

8/12/08
DATE