## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Dorothy Murphy

                    Plaintiff,

v.                                        Case No.: 1:08−cv−02027
                                             Honorable Milton I. Shadur

Fairmont Care Center

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable James F. Holderman dated 8/13/08: This case is assigned to the calendar of Judge Shadur. The plaintiff is directed to notice any future motions before the Honorable Judge Milton Shadur. Plaintiff's motion for a new judge (44) has been forwarded to Judge Shadur for disposition. The motion hearing set for 8/14/08, before J. Holderman, is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.