

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

˪FILED

AUG 1 8 2008
Aug 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s)  Dorothy Murphy

Shadur

Case No.  08CV2027
08 cv 2027

v.  Kenneth McHenry

Defendant(s)

**AMENDED COMPLAINT** Now comes
the plaintiff Dorothy Murphy to persue
her claim or claims in retalitory
discrimination, age, Character of Defamacin
as of 11-18, 2006 for repeatly harmful
and emotional ~~malice~~ (Ethel) mistreatment, reduction of
hour and pay, I haven't (richarda)(roberta), jessie, & another
never been thorough protective class have
nothing so un human before in my life I +the
haven been denied my holiday pay of may
2007 memorial I have been denied retroactive
pay) I have been denied according to senority
figure, I have been subject to on going abuse
and personal bussisness being slander, I have been
denied my right as a (citizen) employee) human
being, I was denied of being in union health plen which I need

8-11-08

schedule
If you have been
for full time position
I talk to Kim Sott and
Roshelle Lee at union
I miss you on Aug 7, 2008
Cause I had Something
personal to attend to

Fri, [REDACTED] Wed Thur sat sunday also
Lillian tau me / when I was at the
3-11pm, school days union
½ 1 hrs 1 hrs 1 hrs 5- 9 m-tues
48