UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Dorothy Murphy
                        Plaintiff,

v.                                               Case No.: 1:08−cv−02027
                                               Honorable Milton I. Shadur

Fairmont Care Center
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 15, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:On August 12, 2008 this action was dismissed with prejudice pursuant to a memorandum order that was supplemented the following day, August 14. On that same August 14 date pro se plaintiff Dorothy Murphy ("Murphy") filed a handwritten motion that sought to retract her naming of defense counsel Kenneth Henry as the defendant as having been "an error" and not her "intention". Even apart from the fact that such protestations seem to ring hollow in light of Murphy's history of having sued that same lawyer twice before, her motion for reconsideration is denied −− the August 13 memorandum order and its August 14 supplement will stand. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.