FILED

AUG 14 2008
Aug 14. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Dorothy Murphy

v. Fairmont care center

Case No. 08CV-2027

Defendant(s) ~~[scribbled out]~~

Shadur

## Motion

Please understand and realize that legally I don't know whats going on and how to proceed legally on my on I'm tremendously emotionally Abuse by what the defendant being taking me through I'm so much not aware of whats going on here but I'm asking you to please I made an error for naming the defendant when I was trying to caption it as the same title as before which is Dorothy Murphy -v- fairmont care center It really wasn't my intent to to name the defendant I apologize so please reconsider my lawsuit I don't know how to proceed with

Legal Counsel on my suit was an error,

Legal Counsel on my suit was an error,